No. 92–5493. FAULK v. TEXAS DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5501. WHORF v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–5502. SLATON v. CITY OF EVANSVILLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5510. FOSTER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–5511. FISHER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5513. TITUS v. BUGYI. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–5515. PINHOLSTER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5523. PAPANIA v. 14TH JUDICIAL DISTRICT COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5530. OWEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–5531. WADDY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–5533. KINSLOW v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–5537. HARRIS v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–5538. JOHNSON v. KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.